☒ FILED    ☐ LODGED

**Oct 03 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   Assistant U.S. Attorney
3  United States Courthouse
   405 W. Congress Street, Suite 4800
4  Tucson, Arizona 85701
   Telephone: 520-620-7300
5  Attorneys for Plaintiff

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8  United States of America,

9              Plaintiff,                    25-mj-03252-N/A

10      v.                                   NOTICE OF VIDEO DEPOSITION
                                             HEARING AS TO DATE, TIME
11  Kevin Lamont Harris,                     AND LOCATION

12              Defendant.

13

14          PLEASE TAKE NOTICE that the video deposition of Benjamin Gomez-

15  Valencia is currently scheduled for Tuesday, October 28, 2025, starting at 1:00 p.m., in

16  Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West

17  Congress Street, Tucson, Arizona 85701.

18          DATED October 3, 2025.

19                                  TIMOTHY COURCHAINE
                                    United States Attorney
20                                  District of Arizona

21

22                                  Assistant U.S. Attorney

23  Copy of the foregoing served electronically or
    by other means dated, October 3, 2025 to:
24
    All ECF Participants.
25

26

27

28